CHARLES D. GREEN
Name
8401 W. 86TH TERRACE
OVERLAND PARK, KS. 66212
Address

FILED
OCT 23 2006

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CHARLES DAVID GREEN Plaintiff
(Full Name)

CASE NO. 06 3298 SAC
(To be supplied by the Clerk)

v.

SHERIFF FRANK DENNING Defendant(s)
DEPUTY POLSON, PRISON HEALTH SERVICES

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) CHARLES D. GREEN, is a citizen of KANSAS
   (Plaintiff)                                (State)
   who presently resides at J.C.A.D.C., 101 N. KANSAS AVE.
                                            (Mailing address or place
   Jo. County Adult Det. Center · Olathe, KS. 66061
   of confinement)

2) Defendant SHERIFF FRANK DENNING is a citizen of
              (Name of first defendant)
   OLATHE, KANSAS                          , and is employed as
   (City, State)
   SHERIFF                        . At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under the color of
   state law?    Yes ☑   No ☐   If your answer is "Yes", briefly explain:
   HE IS THE JOHNSON COUNTY SHERIFF AND THE
   COMMANDER IN CHIEF OF THE Jo. COUNTY DET. CENTERS.
   101 N. KANSAS AVE.,
   OLATHE, KS. 66061

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983            ①

3) Defendant **DEPUTY POLSON** is a citizen of
   (Name of second defendant)
   **OLATHE, KANSAS**, and is employed as
   (city, state)
   **DEPUTY OF POD 5C**. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose was this defendant acting under the color of state law? Yes ✓ No ☐. If your answer is "Yes", briefly explain:
   **HE WAS ONE OF THE OFFICERS WHO WORKS THE PSYCH. MODULE, POD 5C. @ THE GARDNER DET. CENTER 27745 W. 159TH STREET NEW CENTURY, KS 66031-1130**

   (Use the back of this page to furnish the above information for additional defendants.) **SEE THE BACK OF THIS PAGE AS INSTRUCTED ABOVE.**

4) Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   **I DO NOT WISH TO CHANGE JURISDICTION.**

## B. NATURE OF THE CASE

**EXCESSIVE FORCE CAUSING PERSONAL INJURY RESULTING IN PAIN, SUFFERING, ANGST & TRAUMA. VIOLATION OF DUE PROCESS RIGHTS RESULTING IN DENIAL OF PERSONAL LIBERTY, DENIAL OF PROPER MEDICAL TREATMENT RESULTIN CRUEL & UNUSUAL PUNISHMENT.**

1) Briefly state the background of your case.

**ON MAY 3RD 2005, I WAS REMANDED INTO THE CUSTODY OF THE JO. COUNTY ADULT DETENTION CENTER. THE FIRST WEEK I WAS MOVED TO THE PSYCH. MODULE, POD 5C DUE TO POST TRAUMATIC STRESS & ANXIETY ATTACKS. AS I ATTEMPTED TO EXIT MY CELL, DURING A REQUEST TO DO SO, DEP. POLSON DID WITH AGGRESSIVE INTENT & EXCESSIVE FORCE GRAB ME BY THE SHOULDERS AND BODY SLAMMED MY FACE AND FOREHEAD INTO THE HARD FLOOR SURFACE, CAUSING SEVERE PERSONAL INJURY!** -2- **SEE ATTACHMENTS** ②

DEFENDANT #3 PRISON HEALTH SERVICES employed by
* THE JO COUNTY SHERIFF'S DEPT. located in Olathe, Ks., as
the HEATH SERVICES PROVIDER was acting under the color
of the law. ☑ YES ☐ NO   * 101 N. KANSAS AVE
                           OLATHE, KS. 66061

P.H.S. IS THE DECISION MAKING ENTITY WHICH ALLOWS OR REFUSES TREATMENT TO AN INMATE PATIENT AND WHICH IS RESPONSIBLE TO CONFIRM AND ADMINESTAR AUTHORIZED MEDICATIONS APPROVED BY AN INMATES PERSONAL DOCTOR PRIOR TO HIS INCARCERATION, AND SHOULD TREAT THOSE AILMENTS THAT ARE EXHISTING BY & THROUGH SAID DOCTORS ORDERS.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: MY 8TH AMENDMENT RIGHTS PROTECTING AGAINST CRUEL & UNUSUAL PUNISHMENT HAVE BEEN VIOLATED DUE TO PERSONAL INJURY CAUSE BY EXCESSIVE FORCE.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) SEE ATTACHMENT B1 - PAGES 1 & 2

A) SEVERE PERSONAL INJURY CAUSED BY EXCESSIVE FORCE HAS INFLICTED GREAT BODILY HARM RESULTING IN PHYSICAL, EMOTIONAL, PSYCHOLOGICAL & MENTAL PAIN, SUFFERING, ANGUISH AND TRAUMA.

B)(1) Count II: MY 8TH AMENDMENT RIGHTS HAVE BEEN VIOLATED DUE TO "INADEQUATE MEDICAL CARE" RESULTING IN DELIBERATE INDIFFERENCE AND DISREGARDING RISK OF HARM TO THE

(2) Supporting Facts: PLAINTIFF'S HEALTH.

A) MEDICAL MALPRACTICE & NEGLIGENCE FOR REFUSING TO TREAT SYMPTONS AND EFFECTS FROM A HARMONE DEFICENCY; AND

B) THE DENIAL OF BASIC DENTAL HYGIENE BY THE METHOD OF "FLOSSING" FOR 18 MONTHS. SEE ATTACHMENT B2 & B4, PAGES 3, 4 & 5.

-3-

③

C) (1) Count III: _____N/A_____

(2) Supporting Facts:
_____NONE_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: _____N/A_____

   Defendants: _____NONE_____

   b) Name of court and docket number _____N/A_____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

   d) Issues raised _____N/A_____

④

e) Approximate date of filing lawsuit __N/A__

f) Approximate date of disposition __N/A__

**\* THE BELOW IS IN FULL COMPLIANCE WITH KSA 75.52-138 AND 42 U.S.C. 1997e(a)1.**

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part ☑ Yes ☐ No
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

**\* Nov. 1ST 2005 GRIEVANCE TO MGR. CORTRIGHT REQUESTED RELIEF FOR PHS TO PROVIDE ANDROGEL. THE MGR. SIMPLY SAID PHS DID NOT SEE IT NEEDED.**

**\* SEPT. 20TH 2006 GRIEVANCE TO MGR. CORTRIGHT EXPLAINED IN DETAIL ALL ISSUES PENDING FROM MAY 2005 TO PRESENT AND A PENDING 42 USC 1983 COMPLAINT AS A RESULT. HE SAID MY GRIEVANCE** E. REQUEST FOR RELIEF **WAS UNFOUNDED.**

1) I believe that I am entitled to the following relief:

\# __1 MILLION ACTUAL DAMAGES__, $ __5 MILLION IN LOST WAGES__ FUTURE

\# __2 MILLION IN FUTURE MEDICAL COSTS__.

\# __5 MILLION IN PAIN & SUFFERING__

\# __12 MILLION IN PUNITIVE DAMAGES__

Signature of Attorney (if any)         Signature of Petitioner

(Attorney's full address and telephone number)

State of Kansas )
County of Johnson )
Signed and sworn to before me to this __10th__ day of __October__, 2006 by __Charles Huun__

Vicki Hickey, Notary Public

**VICKI HICKEY**
My Appt. Exp. __11/19/2006__

-5-

(5)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at  *Jo. Co. Adult Det. Ctr*  on  *10-10-06* , 20 *06*
              (Location)                       (Date)

*Charles Queen*
(Signature)

State of Kansas        )
County of Johnson      )
   Signed and sworn to before me to this 10 day of
   October, 2006 by Charles Queen
   *Vicki Hickey*
   Vicki Hickey, Notary Public

**VICKI HICKEY**
My Appt. Exp. 11/19/2009

B. <u>NATURE OF CAUSE</u>   (CONTINUED)

THE BRUTE AND SAVAGE ACTION WAS PERPETRATED BY DEPUTY POLSON, <u>WHO WEIGHS IN EXCESS OF 450 POUNDS</u>, AGAINST A MUCH SMALLER, HARMLESS INMATE PATIENT, MR. CHARLES GREEN, WEIGHING APROX. 179 POUNDS. I SUFFERED TWO BLACKENED EYES, A BRUISED FACE AND KNOT ON THE BRIDGE OF MY NOSE. X-RAYS WERE TAKEN BUT NOT SHOWN TO ME.

1) <u>EFFECTS OF THE HEAD INJURY</u> & <u>CRANIUM TRAUMA</u>

THIS PERSONAL INJURY HAS DIRECTLY CAUSED CHRONIC DIZZY SPELLS RESULTING IN VIOLENT VOMITING ATTACKS, BLURRED VISION, RINGING IN MY EARS, INSOMNIA, PROFUSE SWEATING, NAUSEA, EXTREME PHYSICAL HARDSHIP AND EMOTIONAL TRAUMA.

THESE ATTACKS COME WITHOUT WARNING AND CAN OCCUR AT ANYTIME OR ANYWHERE, THUS PLACING MY PERSONAL SAFETY AT RISK AT ALL TIMES.

DURING AND AFTER EACH EPISODE, I AM <u>FULLY INCAPACITATED</u> FOR EIGHT TO TWELVE HOURS. THIS AFFLICTION WILL MAKE DRIVING A MOTOR VEHICLE OR FULL TIME EMPLOYMENT EXTREMELY RISKY OR IMPOSSIBLE.

PAGE ①

⑦

B. <u>NATURE OF CAUSE</u> (CONTINUED)

<u>DATES OF DIZZY SPELL ATTACKS RECORDED ARE</u>:
<u>8/22/05</u>, <u>8/29/05</u>, <u>9/1/05</u>, <u>9/3/05</u>, <u>10/25/05</u>, <u>11/8/05</u>, <u>11/10/05</u>, <u>12/1/05</u>, 12/16/05, 12/20/05, 2/22/06, <u>3/19/06</u>, <u>4/8/06</u>, <u>5/1/06</u>, <u>5/16/06</u>.... ON 5/26/06 I WAS SENT TO O.P. REG. MED CENTER FOR A <u>CT SCAN</u>, AFTERWARDS...

<u>I HAD 2 MORE ATTACKS ON 6/22/06 & 8/21/06.</u>
IN AN APPT.* WITH DR./PROFESSOR NANCY HAMMOND OF K.U. MED. NEUROLOGY DEPT., <u>THE DOCTOR DETERMINED MY ATTACKS WERE THE RESULT OF THE HEAD TRAUMA.</u> M.R.I. & E.E.G. TESTS WERE ORDERED ALONG WITH A FOLLOW UP VISIT IN LATE OCTOBER 2006 TO SEE DR. HAMMOND. (<u>APPT. 8/22/06</u>)

OFFICER ST. JOHN WAS PRESENT AND OVERHEARD THE PROGNOSIS AND FOLLOW UP CARE ORDERED BY DR. HAMMOND.

DUE TO <u>EXCESSIVE FORCE</u> & <u>NEGLIGENCE</u>, CAUSING <u>PERSONAL INJURY</u> TRANSLATING INTO <u>EMOTIONAL</u>, <u>PSYCHOLOGICAL</u>, <u>MENTAL</u> & <u>PHYSICAL PAIN</u>, <u>SUFFERING</u> <u>ANGST AND CHRONIC DAILY HARDSHIPS I HEREBY FILE THIS COMPLAINT AGAINST THE JOHNSON COUNTY JAIL, THEIR MEDICAL PROVIDER P.H.S. AND THE PERSONS NAMED HEREIN.</u>

(*<u>NOTE</u>: IN ORDER TO EXACERBATE THE VIOLENT HEAD TRAUMA, DEP. POLSON <u>SAT ON MY HEAD</u> & SHOULDERS AFTER HE INFLICTED THE INJURY.)    <u>PAGE 2</u>

⑧

B) <u>NATURE OF CAUSE</u> (CONTINUED)
2) <u>DENIAL OF PROPER MEDICATION AND OR MEDICAL TREATMENT FOR HARMONE DEFICENCY AND THE EFFECTS THEREOF.</u>

UPON ADMITTANCE TO THE Jo. COUNTY JAIL FACILITY, I HAD BEEN USING ANDROGEL, A PERSCRIPTION HARMONE TREATMENT FOR SEVERAL YEARS. MY PERSONAL DOCTOR, DR. JOEL FEDER @ 6740 W. 121st, O.P. KS. 66209, 913-894-6500 WAS THE AUTHORIZING PHYSICIAN FOR THIS & ALL OTHER MEDICATIONS I NEEDED FOR MEDICAL REASONS.

ALL THE OTHER MEDICATIONS WERE FILLED AND DISPENSED, <u>EXCEPT ANDROGEL</u>. FAILURE TO CONTACT, AUTHORIZE AND DISPENSE THIS MEDICATION, OR <u>OFFER ANY TREATMENT OR REPLACEMENT MEDICATION HAS CAUSED AN EXTREME AMOUNT OF PAIN, SUFFERING & ANGUISH.</u>

I HAVE BEEN PHYSICALLY TRAUMATIZED BY <u>ACUTE ARTHRITIS</u>, <u>STIFF JOINTS</u>, <u>MUSCLE ATROPHY</u>, <u>INSOMNIA</u>, <u>LOWER BACK PAIN</u>, <u>SORE KNEES</u>, <u>DEPRESSION</u> & <u>LACK OF ENERGY</u> AS A RESULT.

<u>PAGE 3</u>

(9)

B. <u>NATURE OF CAUSE</u>

DR. GAMBLE <u>DID IN FACT ORDER</u> AND PRESCRIBE ANDROGEL, BUT PRISON HEALTH SERVICES REFUSED TO OBEY THE DETENTION CENTER'S PHYSICIAN AND WOULD NOT FILL THE PERSCRIPTION.

A 2ND MATTRESS WAS APPROVED TO EASE THE PAIN AND SUFFERING, BUT NO ALTERNATE MEDICATION OR TREATMENT WAS EVER PROVIDED.

THIS IS <u>GROSS NEGLIGENCE</u> AND <u>MEDICAL MALPRACTICE</u>.

MY ATTORNEY OF RECORD, M<sup>s</sup> JESSICA TRAVIS WAS FULLY AWARE OF ALL MEDICAL COMPLAINTS AND YET REFUSED TO AID HER CLIENT IN RECEIVING ASSISTANCE OR PROPER MEDICAL CARE. THIS IS ALSO NEGLIGENCE AND LEGAL MALPRACTICE.

3) <u>VIOLATION OF "DUE PROCESS RIGHTS" AND THE "RIGHT TO FACE MY ACCUSER / WITNESS AGAINST ME" WERE VIOLATED RESULTING IN PUNISHMENT LEADING TO LOSS OF LIBERTY / FREEDOMS.</u>

IN AN ICF RESPONSE DATED 7/31/06 FROM SGT. WILCOX, HE STATES THAT I WAS PUNISHED ON 7/28/06 AND <u>HALF MY FREE TIME</u> W/O A GUILTY FINDING WAS TAKEN <u>PAGE 4</u>

(10)

**B. NATURE OF CAUSE**

4) DENIAL OF BASIC DENTAL HYGIENE IN THE FORM OF "DENTAL FLOSSING", AND MEDICAL ORDERS "OVERRULED" BY ADMINESTRATION THUS DENYING MEDICAL CARE & SUPERVISION.

ON 7/13/06 MEDICAL SUPERVISOR DALE CRONANDER ADMITTED PATIENT CHARLES GREEN TO THE MEDICAL POD 50 TO MONITOR SYMPTOMS OF ACCUTE DIZZY SPELL ATTACKS, VOMITING, BLURRED VISION AND ASSOCIATED SEIZURES.

WITHOUT MEDICAL CLEARANCE OR AUTHORIZATION THE PATIENT WAS REMOVED FROM SAID MEDICAL FACILITY THUS ENDANGERING HIS LIFE AND DENYING MEDICAL OBSERVATION AND ASSOCIATED TREATMENT.

GRIEVANCE WRITTEN TO MJR. CORTRIGHT ON SEPT, 20TH, 2006 AND DALE CRONANDER ON OCT, 2ND, 2006 CONFIRM THE FACILITY CONDONES THIS ACT RESULTING IN MEDICAL MALPRACTICE AND DENIAL OF INMATE RIGHTS TO REASONABLE HEALTH CARE THUS CREATING CRUEL & UNUSUAL PUNISHMENT CONDITIONS.

THE FACILITY DENTIST HANDS OUT HYGIENE INSTRUCTIONS THAT STRONGLY ADVISE DAILY FLOSSING. HOWEVER IN OVER 18 MONTHS IN CUSTODY, MY REQUEST TO FLOSS HAVE BEEN DENIED, RESULTING IN GUM DETERIORATION. PAGE 5

(11)